**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-31075
Summary Calendar

CREAMER BROTHERS INC., doing business as Creamer Furniture,

Plaintiff-Counter Defendant-Appellant,

VERSUS

LISA A. WHITNEY,

Defendant-Third Party Plaintiff-Counter Claimant-Appellee,

VERSUS

ROBERT CREAMER

Third Party Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-414)

July 16, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM[*]

Creamer Brothers, Inc. and Robert Creamer appeal a jury verdict in favor of Lisa Whitney on state battery and sexual harassment claims. After reviewing the parties' briefs and the record, we affirm the district court for essentially the same reasons assigned by the magistrate judge in his Memorandum Ruling on Post-Trial Motions, and deny Creamer's Motion for Sanctions and

---

[*]Pursuant to 5ᵀᴴ CıR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CıR. R. 47.5.4.

-1-

Motion to Strike Whitney's appellate brief.

AFFIRMED.  Appellants' Motions are DENIED.